"UNDER SEAL"
FILED
CHARLOTTE, NC
JUL 1 8 2018
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>■■■■ HENRY DANNY CALLAO )<br>)<br>) | Docket No. 3:18CR241-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 2<br>18 U.S.C. § 924<br>21 U.S.C. § 841<br>21 U.S.C. § 846<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES:

COUNT ONE
(Possession with Intent to Distribute Methamphetamine - Conspiracy)

From in or about March 27, 2018, to on or about the date of this Indictment, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,



HENRY DANNO CALLAO,

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to possess with intent to distribute methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantity of Methamphetamine Involved in the Conspiracy

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, is attributable to, and was reasonably foreseeable by ■■■■■■■■■■■■■■ Henry Danny Callao. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to them.

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

On or about March 27, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**HENRY DANNY CALLAO,**

aiding and abetting each other, and other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 27, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**HENRY DANNY CALLAO,**

aiding and abetting each other, during and in relation to a drug trafficking crime, that is, conspiracy to possess with intent to distribute methamphetamine, a violation of Title 21, United States Code, Section 846, as charged in Count One, and possession with intent to distribute methamphetamine, a violation of Title 21, United States Code, Section 841, as charged in Count Two, for which they may be prosecuted in a court of the United States, did knowingly and unlawfully possess one or more firearms, in violation of Title 18, United States Code, Sections 924(c) and 2.

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), and (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- One Smith & Wesson .32 Caliber revolver firearm, and One Taurus 9mm handgun, seized during the investigation on or about March 27, 2018.

A TRUE BILL:

R. ANDREW MURRAY
UNITED STATES ATTORNEY

SANJEEV BHASKER
ASSISTANT UNITED STATES ATTORNEY